IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DALE G. ROBINSON,**

       **Plaintiff,**

   **vs.**                                           **Civil Action 2:09-CV-682**
                                                           **Judge Frost**
                                                            **Magistrate Judge King**

**MS. JEWELL, et al.,**

       **Defendants.**

<u>ORDER</u>

On October 13, 2010, the United States Magistrate Judge issued a *Report and Recommendation* recommending that defendants' motion for summary judgment, Doc. No. 30, be granted and that this action be dismissed.  The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so.  There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** The defendants' motion for summary judgment, Doc. No. 30, is **GRANTED**.

The Clerk shall enter **FINAL JUDGMENT** in this case.

                                                                     /s/   Gregory L. Frost
                                                                          Gregory L. Frost
                                                                  United States District Judge